390 A.2d 287

Wienckowski v. Widdoes, Appellant et al.

Argued March 21, 1978. Paul Swerdlow, for appellant; Vram Nedurian, Jr., for appellee, Wienckowski; No appearance entered nor brief submitted for appellee, Volk.

Order affirmed.

JACOBS, P. J., and SPAETH, J., did not participate in the consideration or decision of this case.